

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2014

No. 04-14-00666-CV

**IN RE** Dean **DAVENPORT**, Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Water Exploration Co., Ltd., WAD, Inc., Water Investment Leasing Company, LLC, Blue Gold Resources Management, LLC, Blue Gold Properties, LLC and Blue Gold Development, LLC

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

On October 16, 2014, real parties in interest Tom Hall, Law Offices of Thomas C. Hall, P.C., and Blake Dietzmann, filed an unopposed motion requesting an extension of time to file a response to the petition for writ of mandamus. The motion is GRANTED. A response on behalf of the real parties in interest is due by December 1, 2014.

PER CURIAM

It is so **ORDERED** on October 17th, 2014.

ATTESTED TO: _____
                    Keith E. Hottle
                    Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-03086, styled *Tom Hall, Thomas C. Hall, P.C. as Successor in Interest to Hall & Bates, L.L.P., Blake Dietzmann, Tim Patton and Timothy Patton, P.C. v. Dillon Water Resources, Ltd., 5D Drilling and Pump Service, Inc. f/k/a Davenport Drilling & Pump Service, Inc., 5D Water Resources, LLC f/k/a Davenport Oper., LLC, Dean Davenport, WAD, Inc., Water Exploration Co., Ltd., Water Investment Leasing Company, LLC, Blue Gold Resources Management, LLC, Blue Gold Properties, LLC and Blue Gold Development, LLC,* pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding.